# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TABITHA CATES, | ) |
| | ) |
| Plaintiff, | ) CASE NO: 17-CV-399-JED-FHM |
| | ) |
| vs. | ) |
| | ) |
| GAMESTOP, INC., a Foreign For Profit Business Corporation, | ) ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the Plaintiff Tabitha Cates, hereby stipulates with the Defendant, GameStop, Inc., that her claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorneys' fees.

Respectfully submitted,

/s/ Lauren G. Lambright
*(signed with permission)*
Daniel E. Smolen, OBA #19943
Lauren G. Lambright, OBA #22300
Smolen, Smolen & Roytman, PLLC 701
South Cincinnati Avenue Tulsa, OK 74119
Phone: (918) 585-2667
Fax: (918) 585-2669
Email: danielsmolen@ssrok.com
Email: laurenlambright@ssork.com

ATTORNEYS FOR PLAINTIFF

and

/s/Stephanie Johnson Manning
Eva W. Turner
Texas Bar No. 24051485
Eva.turner@ogletree.com
Stephanie Johnson Manning
Texas Bar No. 24099422
Oklahoma Bar No. 18741
Stephanie.manning@ogletree.com

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
8117 Preston Road, Suite 500
Dallas, TX 75225
Telephone: (214) 987-3800
Facsimile: (214) 987-3927

ATTORNEYS FOR DEFENDANT

37424802.1